IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED
JUL 19 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No.: 4:19mj100 |
| ) | |
| SHAUNA BLACKWELL ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 2018 and continuing to on or about October 2018, in the Eastern District of Virginia, the defendant, SHAUNA BLACKWELL, did knowingly, unlawfully and without authority, open and destroy mail not directed to her.

(In violation of Title 18, United States Code, Section 1703(b)).

G. Zachary Terwilliger
UNITED STATES ATTORNEY

By: _____
Dee Mullarkey Sterling
Assistant United States Attorney
VA Bar No. 25796
721 Lakefront Commons, Suite 300
Newport News, VA 23606
(757) 591-4039 Telephone
(757) 591-0866 Fax
Dee.sterling@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 19, 2019, I caused a true and correct copy of the foregoing Criminal Information to be sent by first class mail to Kirsten Kmet, Assistant Federal Public Defender, counsel for the defendant.

Dee Mullarkey Sterling
Assistant United States Attorney